**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6641

---

JAMES BELLS, JR.,

Plaintiff - Appellant,

versus

GARY D. MAYNARD; JOHN & JANE DOE, SCDC Prison
Officials,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Senior District
Judge.  (CA-02-3981-6-12)

---

Submitted:  September 9, 2004     Decided:  September 15, 2004

---

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Bells, Jr., Appellant Pro Se. James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Bells, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bells v. Maynard</u>, No. CA-02-3981-6-12 (D.S.C. Mar. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>